FILED

12/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0416

_____

ANNELIES AIKING-TAYLOR,

      Plaintiff /Appellant,

v.

OLIVER SERANG,

      Defendant and Appellee.

ORDER GRANTING
APPELLEE'S FIRST MOTION
FOR EXTENSION OF TIME
TO FILE RESPONSE BRIEF

_____

The Appellee in this matter has moved this Court for an extension of time in which to file his Response Brief. Appellant has objected. Upon review of Appellee's motion, the Court finds good cause exists for Appellee's requested extension and overrules Appellant's objection thereto.

IT IS ORDERED that Appellee's Response Brief in this matter is now due on or before December 21, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2020